# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Steven E Freedman, et al.

                        Plaintiff,

v.                                                           Case No.: 1:16−cv−11039

                                                                 Honorable Jorge L. Alonso

American Guardian Holdings, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 21, 2017:

      MINUTE entry before the Honorable Mary M. Rowland: All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge. Honorable Judge Mary M. Rowland no longer referred to the case. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.