UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN E. FREEDMAN and KATE FREEDMAN, as Trustees of the STEVEN AND KATE LIVING TRUST DATED APRIL 20, 2005, <br>               Plaintiffs, <br> v. <br><br> AMERICAN GUARDIAN HOLDINGS, INC., an Illinois corporation, <br><br>               Defendant. <br><br> AMERICAN GUARDIAN HOLDINGS, INC., an Illinois corporation, and AMERICAN GUARDIAN WARRANTY SERVICES, INC. an Illinois corporation <br><br>               Counter Plaintiffs, <br><br> v. <br><br> STEVEN E. FREEDMAN, individually and as Trustee of the STEVEN AND KATE LIVING TRUST DATED APRIL 20, 2005 <br><br>               Counter Defendant. | Civil Action No. 1:16-cv-11039 <br><br> Hon. Jorge L. Alonso <br><br> Hon. Mary M. Rowland |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

This matter having come before the Court on the Stipulation of Dismissal entered into by Plaintiffs STEVEN E. FREEDMAN and KATE FREEDMAN, as Trustees of the STEVEN AND KATE LIVING TRUST DATED APRIL 20, 2005, Defendant-Counter Plaintiff AMERICAN GUARDIAN HOLDINGS, INC., Counter Plaintiff AMERICAN GUARDIAN WARRANTY SERVICES, INC., and Counter-Defendant STEVEN E. FREEDMAN, pursuant to Rules

41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, and seeking the entry of an order dismissing the claims and counterclaims without prejudice and with each party to bear its own attorneys' fees, costs and expenses, and it appearing that the parties have reached an agreement for the settlement of this litigation in its entirety and have executed a certain Settlement Agreement, and the Court otherwise being fully advised in the premises.

**IT IS HEREBY ADJUDGED, ORDERED AND DECREED** that the claims, counterclaims and this cause and action be, and hereby are, **DISMISSED WITHOUT PREJUDICE,** with each party to bear its own attorneys' fees, costs and expenses, and with the right to reinstate this matter for a period of four years from entry of the dismissal order for the purpose of enforcing the Settlement Agreement. If a party seeks to reinstate this matter, the party may file such a motion. The Court at that time will consider whether to refer to the matter to the Magistrate Judge.

**ENTERED**:

_____
The Honorable Jorge L. Alonso
United States District Judge

Dated: 10/16/17