**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STEVEN E. FREEDMAN and KATE FREEDMAN, as Trustees of the STEVEN AND KATE LIVING TRUST DATED APRIL 20, 2005, | ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | |
| AMERICAN GUARDIAN HOLDINGS, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) ) | Civil Action No. 1:16-cv-11039 |
| AMERICAN GUARDIAN HOLDINGS, INC., an Illinois corporation, and AMERICAN GUARDIAN WARRANTY SERVICES, INC. an Illinois corporation | ) ) ) ) ) | Hon. Jorge L. Alonso |
| Counter Plaintiffs, | ) ) | |
| v. | ) ) | |
| STEVEN E. FREEDMAN, individually and as Trustee of the STEVEN AND KATE LIVING TRUST DATED APRIL 20, 2005 | ) ) ) ) | |
| Counter Defendant. | ) | |

## <u>JOINT STATUS REPORT</u>

In advance of the trial set for October 19 and 20, 2020, and pursuant to the Court's October 7, 2020 Order (ECF 389), Counter-Plaintiffs American Guardian Holdings, Inc. and American Guardian Warranty Services, Inc. ("American Guardian"), and Counter-Defendant Steven Freedman, submit this Joint Status Report. At the status conference set for October 9, 2020 at 9:30 a.m., the parties will seek clarification as to certain outstanding pre-trial issues outlined below.

1.     On February 13, 2020, the parties submitted a proposed pre-trial order that among other things, identified exhibits they intend to offer in evidence, witnesses they intend to call a trial and deposition designations they will seek to introduce into evidence.

146167327

2.     On September 11, 2020, this Court held a Pre-Trial Video Conference at which the parties addressed certain pre-trial matters in advance of the October 19, 2020 bench trial in this matter. (ECF 387.) At that conference, the Court determined that the trial would proceed virtually, and that the Court would take under advisement the parties objections to certain exhibits and the deposition designations.

3.     On October 5, 2020, counsel for Mr. Freedman and counsel for American Guardian, participated in a telephone call to discuss certain matters in advance of the upcoming trial, including the presentation of deposition testimony, the calling of American Guardian's witnesses, courtroom technology, and other questions regarding logistics.

4.     The Parties jointly are looking for clarification in advance of the October 19, 2020 trial on the following items:

     a.  Does the Court prefer that deposition testimony be submitted via documents or read into the record?

     b.  Does the Court has any specific procedures or guidelines by which counsel and the witnesses should abide?  In particular, the Parties' discussed whether "live" witnesses should appear from their own room separate from counsel (if participating in the same office as counsel), and whether they will be permitted to have in front of them a binder of hard copy exhibits for use during examination, as needed.

     c.  Would the Court like a hard copy set of the Parties' exhibits in advance of trial?

5.     In addition, Mr. Freedman asks the Court to rule on the admissibility of testimony of certain of American Guardian's witnesses via deposition. Mr. Freedman will separately file a statement regarding this issue by the close of business today.  American Guardian objects to any such filing because the Court has not requested briefing on either party's objections to deposition designations and it is inappropriate to submit unsolicited briefing on a matter already before the Court.

Dated: October 8, 2020

By: */s/ James A. Rolfes*
     One of Their Attorneys
James A. Rolfes
Lewis B. Greenblatt
Meredith A. Shippee
Kristen DeGrande
REED SMITH LLP
10 South Wacker Drive
Chicago, Illinois 60606
Tel: 312-207-1000
Fax: 312-207-6400
jrolfes@reedsmith.com
lgreenblatt@reedsmith.com
mshippee@reedsmith.com
kdegrande@reedsmith.com

By: */s/ Dawn Canty*
     One of Their Attorneys
Dawn M. Canty
Debra K. Lefler
Bonita L. Stone
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois 60661
Tel: 312-902-5200
Fax: 312-902-1061
dawn.canty@katten.com
debra.lefler@katten.com
bonita.stone@katten.com

*Counsel for Plaintiffs and Counterdefendants STEVEN E. FREEDMAN and KATE FREEDMAN, as Trustees of the STEVEN AND KATE LIVING TRUST DATED APRIL 20, 2005 and STEVEN E. FREEDMAN*

*Counsel for Counterplaintiffs AMERICAN GUARDIAN HOLDINGS, INC. and AMERICAN GUARDIAN WARRANTY SERVICES, INC.*

146167327

## CERTIFICATE OF SERVICE

I hereby certify that, on October 8, 2020, I caused a true and correct copy of the foregoing

*Joint Status Report* to be served on all counsel of record via the CM/ECF filing system.

/s/ *Dawn M. Canty*
Dawn M. Canty
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, Illinois 60661
Tel: 312-902-5200
Fax: 312-902-1061
dawn.canty@kattenlaw.com

*Counsel for Counterplaintiffs*
*American Guardian Holdings, Inc.*
*and American Guardian Warranty*
*Services, Inc.*

146167327